**Sheldon BECKHAM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 99174.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 8, 2013.

Gwenda Renee Robinson, Missouri Public Defender Office, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ROBERT M. CLAYTON III, C.J., ROY L. RICHTER, J., and KURT S. ODENWALD, J.

*ORDER*

PER CURIAM.

Sheldon Beckham appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court did not clearly err in denying Beckham's request for post-conviction relief without an evidentiary hearing. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).